# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| -vs- | ) | No. | CR-18-250-C |
| | ) | | |
| STEVEN ANTHONY COX and | ) | | |
| STEPHANI EDWARD ROSE, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## FINAL ORDER OF FORFEITURE

The Court has reviewed the United States' Motion for a Final Order of Forfeiture [Doc. No.93]. The Court finds:

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c) and Rule 32.2(b)(2), Federal Rule of Criminal Procedure, this Court entered a Preliminary Order of Forfeiture based on defendants' plea providing for the forfeiture of defendants' right, title, and interest in the below-described property, and the Court's finding of requisite nexus between the property and the offense committed by the defendant.

1) Approximately $21,580.00 in United States currency;

2) A Tanfoglio, Model Witness PS, 9mm Luger caliber, semi-automatic pistol, bearing serial number EA80791;

3) A North American Arms Corp., Model NAA22 Magnum, .22 Magnum caliber revolver, bearing serial number D14435; and

4) Any and all ammunition or magazines not specifically listed herein.

The Court's Order further directed the Government to provide notice to any persons known to assert an interest, as well as publishing notice stating the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government=s website at www.forfeiture.gov for thirty (30) consecutive days beginning on February 13, 2019 and ending on March 14, 2019, for at least 18 hours per day. A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

(a) Steven Anthony Cox, Defendant, by personal service via the USMS on February 25, 2019, USM-285 Process Receipt and Return Form [Doc.70].

(b) Kyle E. Wackenheim, Attorney representing Steven Anthony Cox, by Notice of Electronic Filing on February 8, 2019, [Doc.64].

(c) Stephani Edward Rose, Defendant, by certified mail, receipt number 70123050000207352247, on February 14, 2019. *See* Certified Mail Domestic Return Receipt and Certified Mail Receipt, Exhibit 2, to Motion for Final Order of Forfeiture.

(d) Marna S. Franklin, Attorney representing Stephani Edward Rose, by Notice of Electronic Filing on February 8, 2019, [Doc.63].

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of

21 U.S.C. § 853(n). Therefore, any third-party interests are barred by failure of those parties to file a petition.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, free and clear of the claims of any person, including Steven Anthony Cox and/or Stephani Edward Rose, and shall be disposed of according to law.

That upon entry of this order, the U.S. Department of Homeland Security, or other appropriate federal agency, is directed to deliver the above-described property to the United States of America for disposition according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

IT IS SO ORDERED this 9th day of September 2019.

ROBIN J. CAUTHRON
United States District Judge